## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Goodman v. Bouzy                                                                 Docket No.: 23-1100

Lead Counsel of Record (name/firm) or Pro se Party (name): Brian Middlebrook and John Mills, Gordon Rees Scully Mansukhani, LLP

Appearance for (party/designation): Adam Sharp

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

### RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: Goodman v. Bouzy, Docket No. 23-1021

### CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Brian Middlebrook
Type or Print Name: Brian Middlebrook
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.