# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Goodman v. Bouzy    Docket No.: 23-1100

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: John T. Mills

Firm: Gordon Rees Scully Mansukhani LLP

Address: One Battery Park Plaza, 28th Floor, New York, NY 10004

Telephone: 212-269-5500    Fax: 212-269-5505

E-mail: jtmills@grsm.com

Appearance for: Adam Sharp
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brian E. Middlebrook, Gordon Rees Scully Mansukhani LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ John Mills

Type or Print Name: John T. Mills