**Ballard Spahr LLP**

———————————————
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Seth D. Berlin
Tel: 202.508.1122
Fax: 202.661.2299
berlins@ballardspahr.com

September 18, 2023

*Via ECF*

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Goodman v. Bouzy, et al.*, No. 23-1100

Dear Ms. O'Hagan Wolfe:

      We represent Defendants-Appellees Christopher Bouzy, Bot Sentinel Inc., Seth Berlin, and Maxwell Mishkin (the "Bouzy Appellees") in the above-captioned matter. We respectfully submit this letter to notify the Court that several post-judgment motions remain pending before the District Court in the underlying action on appeal, Case No. 21-cv-10878-AT-JLC (S.D.N.Y.). Those post-judgment filings include:

    (1)    A Motion for Reconsideration under Federal Rule of Civil Procedure 60 filed by Plaintiff-Appellant Jason Goodman, *see* ECF No. 250;

    (2)    A Motion to Alter or Amend the Judgment under Rule 59 filed by Defendants-Appellees Adam Sharp, Margaret Esquenet, and The Academy of Television Arts & Sciences, *see* ECF No. 241; and

    (3)    A Letter Motion to Alter or Amend the Judgment under Rule 59 filed by the Bouzy Appellees, *see* ECF No. 243.

      Despite the pendency of these post-judgment motions, and prior to the entry of any briefing schedule, Plaintiff-Appellant filed his principal brief on September 11, 2023. *See* Doc. No. 41. We therefore respectfully request that the Court stay further briefing in this appeal until the motions pending before the District Court have been adjudicated and this Court sets a briefing schedule.

      Thank you for your attention to this matter.

September 18, 2023
Page 2

        Respectfully submitted,

        BALLARD SPAHR LLP

        By: */s/ Seth D. Berlin*
            Seth D. Berlin

cc:    Counsel of record (via ECF)
       Unrepresented parties (via email and U.S. Mail)

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2023, I caused a true and correct copy of the foregoing letter to be served by ECF on all counsel of record and by email and U.S. Mail First Class on the following:

Mr. Jason Goodman
252 7th Ave., Apt. 6S
New York, NY 10001
truth@crowdsourcethetruth.org

*Plaintiff-Appellant*

Mr. David George Sweigert
1522 Vance Avenue
Fort Wayne, IN 46805
spoliation-notice@mailbox.org

*Defendant-Appellee*

Mr. George Webb Sweigert
209 St. Simons Cove
Peachtree City, GA 30269
Georg.webb@gmail.com

*Defendant-Appellee*

                                            /s/ *Seth D. Berlin*
                                            Seth D. Berlin