# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand twenty-three.

_____

Jason Goodman,

    Plaintiff-Counter-Defendant -Appellee-Cross-Appellant,

v.

David George Sweigert,

    Defendant-Counter-Claimant-Appellant-Cross-Appellee,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

    Defendants-Appellees.

_____

**ORDER**

Docket Nos. 23-874 (L), 23-1021(CON), 23-1100(XAP)

Appellee-Cross-Appellant Jason Goodman moves for leave to file a late stay status update letter.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary. Pursuant to the Court's November 9, 2023 notice, the parties must inform the Court in writing of the status of the pending motions in the district court in 30-day intervals and within 14 days after final disposition of the last outstanding motion. The next update letter is due December 12, 2023.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court