IN THE UNITED STATES COURT OF APPEALS          23-1100
FOR THE SECOND CIRCUIT
------------------------------------------------------------------------X

            JASAON GOODMAN,                **MOTION FOR VOLUNTARY DISMISSAL**

     Plaintiff-Counter-Defendant - Appellant,
             -against-

            CHRISTOPHER BOUZY, et al,

            Defendant - Appellee,
------------------------------------------------------------------------X

     Plaintiff, Jason Goodman, ("Goodman") by and for himself pro se, respectfully moves the Court for an order granting dismissal of this appeal pursuant to Fed. R. App. P. 42(b)(2).

     In light of the district court's issuance of a final order in this matter on February 21, 2024, (Dkt. 278) and final judgment on February 22, 2024, (Dkt. 279-1), appellant Goodman realizes that this appeal was filed prematurely, and the appellant brief filed contains uncurable defects. Upon careful consideration, in view of these new facts, and to preserve this court's valuable time and resources, Goodman respectfully requests dismissal of this appeal.

                                           Dated: New York, New York March 20, 2024

                                                        Respectfully submitted,

                                                                  Jason Goodman
                                                                  Pro Se Plaintiff
                                       truth@crowdsourcethetruth.org
                                               252 7th Avenue Apt 6s
                                                     New York, NY 10001
                                                           347-380-6998